IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARPET LINOLEUM AND SOFT TILE LOCAL UNION 1926 TRUST FUNDS, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>IGD HOSPITALITY, INC., a Florida corporation; LAYTON CONSTRUCTION CO., INC., a Utah corporation; et al.<br><br>　　　　Defendants.<br>_____ | CV 15-00372 DKW-RLP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 04, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the " Findings and Recommendation  to Dismiss Defendant Layton Construction Co., Inc.'s

Cross-claim Against Defendant IGD Hospitality, Inc." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 22, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Carpet Linoleum and Soft Tile Local Union 1926 Trust Funds, et al. v. IGD, Hospitality, Inc. et al.*; Civil No. 15-00372 DKW-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION