IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARPET LINOLEUM AND SOFT TILE LOCAL UNION 1926 TRUST FUNDS, by its Trustees, Malcolm K. Nakamura, Marc Matsubara, Tim Lyons, Ryden Valmoja, Pelenato Liu-Yuen and David Stone,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>IGD HOSPITALITY, INC.; LAYTON CONSTRUCTION CO., INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, AND DOE TRUSTS 1-10, ,<br><br>　　　　　Defendants.<br>_____ | CV 15-00372 DKW-RLP<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 02, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Default

Judgment Against Defendant IGD Hospitality, Inc. " filed on 5/2/2016 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 19, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Carpet Linoleum and Soft Tile Local Union 1926 Trust Funds, et al. V. IGD Hospitality, Inc.; Civil No. 15-00372 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**